IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3064 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AMY L. DELANEY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   Defendant's motion for transcripts and bill of exceptions (filing 54) is denied;

(2)   Defendant's motion for leave to proceed in forma pauperis (filing 55) is denied.

July 20, 2006.                           BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge